**FILED**

06/27/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0166

IN THE SUPREME COURT OF THE STATE OF MONTANA
SUPREME COURT CASE NO. DA-23-0166

HOLLY HAPPE, individually and as )
Personal Representative of the Estate of )
MARJORIE LEE LAVALLEY, )
                     )    **ORDER ALLOWING**
   Plaintiff/Appellant, )   **EXTENSION OF TIME**
                     )    **TO FILE OPENING BRIEF**
   -vs.- )
                     )
COURTNEY LAWELLIN, Attorney at )
Law and COURTNEY LAWELLIN, P.C. )
a registered Montana Professional )
Corporation, )
                     )
   Defendants/Appellees, )
                     )
_____ )

Upon motion of the Appellant, no objection by the Appellee and good cause appearing therefore IT IS HEREBY ORDERED THAT Appellant shall have up through and including July 26, 2023 in which to file her opening brief herein.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 27 2023